**Exhibit A to the Complaint**

**Location:** Caledonia, MI  **IP Address:** 68.56.40.110
**Total Works Infringed:** 50  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | B1E2B21686748A7416FE12F876565D61E969443F | Vixen | 07/11/2018 03:37:57 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 2 | 07435E304982655308D1BF45162A3DA518C71D06 | Tushy | 07/08/2018 13:37:54 | 07/05/2018 | 07/15/2018 | 16822146372 |
| 3 | 0B3A21B0A684E764ED80A293FBD8E0D04D32CA96 | Vixen | 05/14/2018 12:30:35 | 05/09/2018 | 05/19/2018 | 16665888184 |
| 4 | 122006919DCF8A586AB12825E892088283D13C1D | Blacked | 02/03/2018 23:48:39 | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 5 | 21951C0152C97AA9DBC4C83C8EECB180CD69A13E | Blacked | 04/09/2018 01:14:00 | 04/05/2018 | 04/07/2018 | 16490992430 |
| 6 | 24F17708EFCAC58DF9FDADED47654864C1F4DB52 | Vixen | 06/02/2018 21:21:21 | 05/29/2018 | 06/30/2018 | 16761901131 |
| 7 | 2ECEC78644999539671389257C147CE6B3D60E1B | Vixen | 02/03/2018 23:55:15 | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 8 | 3282AA67B4FF119C7304B2AD0FEFC73901AB67A6 | Blacked | 02/07/2018 05:49:06 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 9 | 3A9130013BA95E60F0B89BD4919B514D86FE7C79 | Tushy | 02/07/2018 05:45:59 | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 10 | 3BC58E944C7DFFC36DBA1A2EA0026B5C269E9F33 | Blacked | 02/03/2018 23:55:52 | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 11 | 3DAA55D81E42DE192C64DDF5F42B4F55505E311F | Tushy | 05/14/2018 12:24:57 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 12 | 47764D07595E820254D0B9CEF543882EFDF3DFAC | Tushy | 07/11/2018 03:39:04 | 07/10/2018 | 07/19/2018 | 16822264585 |
| 13 | 48791B9AB4FE1CB1B9EC107CC1208FACED0E48A2 | Tushy | 04/15/2018 13:33:34 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 14 | 4AA4F149B2CCDD05E9AE8FB2393A0F1B67655C1E | Tushy | 07/01/2018 02:05:09 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 15 | 510675EA6DEF96FF22982D11AEA7AEDFC7E7C3D7 | Tushy | 06/08/2018 04:21:35 | 06/05/2018 | 06/30/2018 | 16761912618 |
| 16 | 52C20E139898FF2DE5E06323EFE05F644515AF22 | Tushy | 02/10/2018 23:57:36 | 02/10/2018 | 02/20/2018 | PA0002104201 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 537AE5105656EEBC2976BDF664867DB1F50B7D0E | Vixen | 05/14/2018 12:29:01 | 04/29/2018 | 05/19/2018 | 16665915497 |
| 18 | 597D47FD186A62BB4EB4EA30EEAA11ECBEC96ACB | Blacked | 04/02/2018 01:43:02 | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 19 | 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77 | Blacked | 05/24/2018 08:52:46 | 05/20/2018 | 06/30/2018 | 16761912270 |
| 20 | 66BF4EE8BF4EE50EB65A4738234CE4ADD0A8D189 | Blacked | 01/08/2018 23:04:53 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 21 | 69B402A84DAAE5E9457E233843F8586902185208 | Vixen | 07/15/2018 14:48:18 | 07/13/2018 | 07/19/2018 | 16822264477 |
| 22 | 70142E5784AE258C78885F93F52135FFE71C9853 | Blacked | 04/15/2018 13:33:51 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 23 | 796D31F05DADED079062CD340CB38C2BF3DE5072 | Blacked | 07/01/2018 02:04:29 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 24 | 7B0D833DDB0B4A0A28FDE069555D056CE14E7D34 | Tushy | 05/27/2018 22:55:10 | 05/26/2018 | 06/30/2018 | 16758501472 |
| 25 | 8C0AEFD222597575460D893F3B34F75B739AA569 | Tushy | 02/07/2018 05:44:18 | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 26 | 8DD8ABBFB3C5D7EFDD1D930C330C91284DF8C0E7 | Vixen | 03/21/2018 04:15:45 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 27 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 07/08/2018 13:37:43 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 28 | 92489D7786489158EAE1C59E3C12590AD6DCA0F1 | Vixen | 07/11/2018 04:17:09 | 06/18/2018 | 06/30/2018 | 16758569382 |
| 29 | 95E646E28091374DC44766A0718FA4F2D5423470 | Tushy | 02/21/2018 03:32:37 | 02/20/2018 | 03/01/2018 | PA0002079187 |
| 30 | 97B4FAFE56D78245E5D5842BBCFD78A0A2BCA6BD | Vixen | 02/07/2018 05:49:20 | 02/03/2018 | 02/20/2018 | PA0002104152 |
| 31 | 98E66C59B0B64B1E7812C1B433272FF250B697EC | Blacked | 07/12/2018 03:08:31 | 06/09/2018 | 06/30/2018 | 16758501887 |
| 32 | A2F12D22A1ED9F23F0499A8DAA8C8F65CAE2A0F7 | Vixen | 04/15/2018 13:33:56 | 04/09/2018 | 05/19/2018 | 16665915448 |
| 33 | A511904C0C6D2A20FF954999B209800A9CE53CA0 | Tushy | 04/02/2018 01:43:46 | 04/01/2018 | 04/07/2018 | 16490950302 |
| 34 | A572FF929388FA1921CBDC7922699141418AA089 | Vixen | 03/15/2018 05:36:35 | 03/10/2018 | 03/15/2018 | 16490992224 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | A5DA523CE6546680FB93917F0A95AB56460A3877 | Blacked | 03/29/2018 00:17:45 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 36 | AD576994B5B201300C5926727402F63EA5038999 | Vixen | 02/03/2018 23:55:52 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 37 | AE4668B02D7BCC835D2A61D9BC7BC12733FC9936 | Vixen | 02/03/2018 23:48:37 | 01/19/2018 | 03/02/2018 | PA0002104769 |
| 38 | B809ABE307B30DDFAC6630725306D503A456106F | Vixen | 06/08/2018 04:21:39 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 39 | C0D2965785A5CC943A20A74E90311E5B68F21E2D | Tushy | 03/29/2018 00:12:09 | 03/27/2018 | 04/07/2018 | 16490950464 |
| 40 | C5761523F1471ADBB6C0151DC278CB27FFEE56D7 | Blacked | 05/14/2018 12:27:29 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 41 | CA57AD217FC0DDFE493B427D8CBEE4FD061DF02D | Tushy | 05/24/2018 08:50:34 | 05/21/2018 | 06/30/2018 | 16758569333 |
| 42 | CDBD2810FC18589EA6BB8BC22FE88343D75C2755 | Vixen | 01/08/2018 23:06:20 | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 43 | D4B2848A55A7F1BB88DC73B75BB0877EBC60A174 | Vixen | 02/09/2018 05:13:17 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 44 | D83CB6A33D4C96AF8DE130098838F2FA9AF2ADD6 | Vixen | 03/29/2018 00:21:00 | 03/25/2018 | 04/07/2018 | 16490950968 |
| 45 | DBA740A19480AF43E7C7F7AD5C6889E6636B63BF | Blacked Raw | 01/10/2018 01:45:42 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 46 | DD512C336B02E4BD551E51E6A00C1A209EF1374B | Tushy | 01/10/2018 01:43:33 | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 47 | EFDB886D8D69B8D7CC31153066C52424FA716283 | Vixen | 07/08/2018 13:37:12 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 48 | F653074AF93B63220D56ED0DF0BB1EBD84EFEE80 | Vixen | 04/15/2018 13:34:15 | 04/14/2018 | 05/19/2018 | 16665887967 |
| 49 | FE1E0E44E89F625114F4584B6D8A2BB928B37DE9 | Tushy | 02/03/2018 23:55:14 | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 50 | FF4587D86491988D7CB446FCDF75037B72B9F677 | Tushy | 07/01/2018 02:03:20 | 06/25/2018 | 07/15/2018 | 16822264279 |